*In re* Hon. Efraín E. Rivera Pérez en ocasión de su retiro como Juez Asociado del Tribunal Supremo.

*Número:* ED-2010-01          *Resuelto:* 30 de julio de 2010

## RESOLUCIÓN

Luego de diez años de honrosa carrera judicial como Juez Asociado de este Tribunal, el Honorable Efraín E. Rivera Pérez se retira de su cargo.

Su extensa trayectoria profesional se ha distinguido por su dedicación al servicio público, en donde se desempeñó como Secretario de Justicia Interino, Juez del Tribunal de Primera Instancia, Juez de Apelaciones y Juez Asociado de este Tribunal. En los diez años que sirvió como Juez Asociado de este Tribunal, el Juez Rivera Pérez cumplió cabalmente con el compromiso contraído al juramentar al cargo de "impartir justicia y de una entrega completa y absoluta a la delicada función de esta Curia de pautar derecho, dentro de su dinámica colegiada". Dicha tarea fue desempeñada por el Juez Asociado Rivera Pérez con mucha firmeza, pero también con mucho respeto por sus compañeros jueces y juezas.

Al concluir próximamente su gestión en el cargo de Juez Asociado, los integrantes de este Tribunal desean reconocer en el Juez Rivera Pérez su distinguida trayectoria como servidor público y su dedicada carrera como jurista. Su retiro nos priva de un cúmulo de experiencias relacionadas al proceso decisorio colegiado que son invaluables e insustituibles.

En nombre de todos los que componemos la Rama Judicial de Puerto Rico, hacemos expresión de nuestro reconocimiento, agradecimiento y aprecio al Juez Rivera Pérez. Le deseamos una vida larga y feliz en su merecido retiro, a la vez que le deseamos el mayor de los éxitos en sus futuras gestiones profesionales.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria Interina del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) Juliana Mosquera Soler
*Secretaria del Tribunal Supremo Interina*